■ In the Matter of CHRISTOPHER LaCOMB et al., Respondents, v LINDA POTTER et al., Respondents, and AUSTIN MOLNAR, Appellant. (Appeal No. 1.)—Order unanimously affirmed without costs for reasons stated at Jefferson County Family Court, Hunt, J. (Appeal from Order of Jefferson County Family Court, Hunt, J.—Custody.) Present—Callahan, J. P., Boomer, Green, Lawton and Boehm, JJ.